IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19CR0037 |
| | ) | |
| GEORGE SMITH | ) | |

## ORDER

Travis Saul having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED that Travis Saul be granted leave of absence for the following periods: **June 26, 2019 through June 28, 2019; July 22, 2019 through July 29, 2019.**

This 28 day of May, 2019.

_____
DUDLEY BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA