IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-037 |
| | ) | |
| GEORGE EUGENE SMITH. | ) | |

### ORDER

Travis Saul having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED that Travis Saul be granted leave of absence for the following periods: **October 18, 2019; November 8, 2019 through November 18, 2019.**

This 23rd day of September, 2019.

DUDLEY H. BOWEN, JR., SENIOR JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA