IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 SEP 30  A 10: 33

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA            *
                                    *
     v.                             *      CR   119-037
                                    *
GEORGE E. SMITH, JR.                *


_____

O R D E R
_____


     On September 3, 2020, Defendant George E. Smith, Jr. filed a
motion to amend the Judgment and Commitment Order to place him in
a Residential Re-Entry Center ("RCC") or halfway house or on home
confinement.  At the time, Defendant had not been transferred to
the custody of the Bureau of Prisons ("BOP") even though he had
been sentenced on December 17, 2019.

     In his motion, Defendant's primary complaints are that the
conditions of the county jail are not as agreeable as a federal
prison and that he is being deprived of federal programs and
facilities.  Defendant is now in BOP custody so the basis for his
motion is lacking.  Moreover, this Court has no authority to order
an inmate's placement in a particular facility or program.  See,
e.g., Jones v. Woods, 2019 WL 2754731, *4 (M.D. Ala. Jun. 4, 2019)
("[T]he BOP retains total discretion in determining where a federal
inmate is housed."); Brown v. Atkinson, 2010 WL 3659634, *4 (S.D.

Fla. Jun. 11, 2010) (cited sources omitted). Finally, should Defendant wish to challenge the manner of execution of his sentence, he must file a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the district of his confinement. See Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008) ("[C]hallenges to the execution of a sentence, rather than the validity of the sentence itself, are properly brought under § 2241.").

In conclusion, this Court is unable to grant the relief Defendant seeks; his motion to amend his Judgment and Commitment Order (doc. no. 42) is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 30 day of September, 2020.

UNITED STATES DISTRICT JUDGE